# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY, | Case No. 1:18-cv-01067-DAD-JDP |
| Plaintiff, | ORDER DIRECTING CLERK TO TERMINATE DEFENDANT SANDERS FROM THE DOCKET |
| v. | |
| B. SANDERS, *et al.*, | |
| Defendants. | |

On September 3, 2019, plaintiff voluntarily dismissed all claims against defendant B. Sanders. ECF No. 13. Accordingly, he is no longer a party in this case, and I direct the clerk to terminate defendant B. Sanders on the docket.

IT IS SO ORDERED.

Dated: September 5, 2019

UNITED STATES MAGISTRATE JUDGE