1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   JARED M. VILLERY, | Case No. 1:18-cv-01067-DAD-JDP |
| 12              Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY DISCOVERY AND |
| 13        v. | SCHEDULING ORDER |
| 14   LUIS MACHADO, *et al.*, | ECF No. 23 |
| 15              Defendants. | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME |
| 16 | |
| 17 | ECF No. 24 |

18        Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought

19   under 42 U.S.C. § 1983.  On July 6, 2020, plaintiff filed the instant motions seeking to extend the

20   discovery deadline, ECF No. 23, and an extension of time to respond to discovery requests, ECF

21   No. 24.  Defendants do not oppose the deadline modification or extension but request a similar

22   extension for the dispositive motion deadline in the discovery and scheduling order.  *See* ECF No.

23   25.

24        Accordingly,

25     1.  Plaintiff's motion for extension of time, ECF No. 24, is granted for good cause shown.

26     2.  Plaintiff's motion to modify the discovery and scheduling order, ECF No. 23, is granted

27         for good cause shown.

28

1

1      3.   The discovery and scheduling order, ECF No. 21, is modified as follows:

2            a.   The discovery deadline is October 20, 2020; and

3            b.   The dispositive motion deadline is January 4, 2021.

4

IT IS SO ORDERED.

5

6

Dated:      July 28, 2020                                          _____

7                                                                  UNITED STATES MAGISTRATE JUDGE

8

9      No. 204.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28