1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JARED M. VILLERY,                        Case No.  1:18-cv-01067-DAD-HBK

12                  Plaintiff,                ORDER GRANTING DEFENDANTS'
                                              MOTION
13        v.
                                              (Doc. No. 44)
14   LUIS MACHADO, *et al*.,
                                              **Dispositive Motion Deadline: July 26, 2021**
15                  Defendants.
                                              ORDER FOR PARTIES TO MEET AND
16                                            CONFER RE: DISCOVERY DISPUTE

17                                            (Doc. Nos. 37, 39)

18

19

20

21        Pending before the court is Defendants' first motion to modify the scheduling order, filed

22   May 21, 2021.  (Doc. No. 44).  Defendants seek to extend the filing deadline for dispositive motions

23   from May 26, 2021 to July 26, 2021 due to delays related to the ongoing pandemic.  (*Id.*).

24        Fed. R. Civ. P. 6(b) provides for extending deadlines for good cause shown, if the request

25   to extend time is made before the original time.  Additionally, Fed. R. Civ. P. 16(b)(4) permits a

26   court to modify a scheduling order for good cause shown and with the judge's consent.  Defendants

27   filed their motion prior to the previous filing deadline and the Court finds Defendants have shown

28   good cause to warrant an extension.

Also pending are Plaintiff's motions to compel certain discovery. (Doc. Nos. 37, 39). The briefing on those motions, which includes Defendants' oppositions (Docs. No. 40-41) and Plaintiff's replies (Docs. No. 42-43), exceeds 200 hundred pages. Prior to ruling on the pending motions, the Court will require the parties to telephonically meet and confer to try to narrow the discovery issues in dispute. *See also* Local Rule 251. If the parties are not able to fully resolve the discovery dispute, the parties shall file a joint statement outlining the discovery issues in dispute as set forth below. After review of the joint statement, the court will schedule this matter for a telephonic discovery and status conference.

Accordingly, it ORDERED:

1. Defendant's motion to modify the scheduling order (Doc. No. 44) is GRANTED. The dispositive motion deadline is reset to **July 26, 2021**.

2. The parties shall telephonically meet and confer in good faith to attempt to resolve the outstanding discovery dispute no later than **June 14, 2021**. If the parties resolve their discovery disputes, they shall file a notice with the court. If the parties are not able to resolve their discovery dispute, they shall file a joint statement, not to exceed six pages (three pages per party), outlining in an abbreviated fashion the discovery disputes no later than **June 28, 2021**. The parties should not reiterate their respective positions already advanced in the above-referenced pleadings. Not more than six pages in exhibits (three pages per party) may be attached to the joint statement. Upon review, the court will schedule this matter for a telephonic hearing on the discovery dispute.

IT IS SO ORDERED.

Dated:   May 28, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE